UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC f/k/a FORD MOTOR CREDIT COMPANY, | Civil Action No.: 1:13-CV-01214-RJA |
| Plaintiff, | |
| vs. | |
| McCARTHY ACQUISITION CORPORATION d/b/a McCARTHY FORD, ANTHONY T. McCARTHY, BERNADETTE McCARTHY, WINCHESTER AUTO RETAIL, INC., MPDK, LLC d/b/a ADOBE CAR & TRUCK RENTAL OF TUCSON, ADOBE CAR AND VAN RENTAL OF TUCSON and/or ADOBE CAR AND VAN RENTALS, LLC, AFL SERVICES, INC. d/b/a AFL CO., THOMAS J. PIERONI, BENTLEY HOLDINGS INC. d/b/a AFL CO., | Erie County Index No.: 2007/3254 |
| Defendants. | |

and

| | |
|---|---|
| THOMAS J. PIERONI, WINCHESTER AUTO RETAIL, INC., MPDK, LLC d/b/a ADOBE CAR & TRUCK OF TUCSON, ADOBE CAR & VAN RENTAL OF TUCSON and/or ADOBE CAR AND VAN RENTALS, BENTLEY HOLDINGS, INC. d/b/a AUTOMOTIVE FLEET LEASING CO. | Civil Action No.: 1:13-CV-01213-RJA |
| Plaintiffs, | |
| vs. | Erie County Index No.: 605086/2012 |
| FORD MOTOR CREDIT COMPANY, LLC f/k/a FORD MOTOR CREDIT COMPANY | |
| Defendant. | |

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that Hodgson Russ LLP has been retained as counsel for Thomas J. Pieroni, Automotive Fleet Leasing Services, Inc. d/b/a Automotive Fleet Leasing

Co., and Bentley Holdings Inc.  We demand that all written communications, pleadings, notices, or other papers be served on us at Hodgson Russ LLP, The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, New York  14202-4040, to the attention of Aaron M. Saykin.

All counsel have been served with this notice via electronic filing.

Dated:  October 28, 2019

**HODGSON RUSS LLP**

By   s/Aaron M. Saykin   
      Aaron M. Saykin  
The Guaranty Building  
140 Pearl Street, Suite 100  
Buffalo, New York  14202  
Telephone:  (716) 856-4000  
asaykin@hodgsonruss.com